UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ALLON YARONI, *individually and behalf of all others* :
*similarly siutated*, :
: 20-CV-8062 (JMF)
Plaintiff, :
: <u>ORDER REGARDING</u>
-v- : <u>NOTICE TO PURPORTED</u>
: <u>PLAINTIFF CLASS</u>
PINTEC TECHNOLOGY HOLDINGS LIMITED *et al.*, : <u>MEMBERS</u>
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On September 29, 2020, Plaintiff filed a putative class action. Docket No. 1. ("Compl."). The Complaint alleges violations of Sections 11 and 15 of the Securities Exchange Act of 1933.

    Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

    It is hereby ORDERED that **no later than October 20, 2020**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

    SO ORDERED.

Dated: October 2, 2020
       New York, New York
                                                JESSE M. FURMAN
                                                United States District Judge