UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ALLON YARONI, *individually and behalf of all others* :
*similarly situated*, :
:
                              Plaintiff, :      20-CV-8062 (JMF)
:
        -v- :      <u>ORDER</u>
:
PINTEC TECHNOLOGY HOLDINGS LIMITED et al., :
:
                            Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order dated October 2, 2020, Plaintiff was required to advise the Court in writing, no later than October 20, 2020, of the date and manner in which Plaintiff published notice to members of the purported plaintiff class, as required by statute. *See* ECF No. 5 (citing 15 U.S.C. § 78u-4(a)(3)(A)(i)). To date, the Court has not received the required submission. Plaintiff shall file the required letter by **October 28, 2020**, or sanctions may be imposed.

      SO ORDERED.

Dated: October 27, 2020
      New York, New York
                                                  JESSE M. FURMAN
                                        United States District Judge